100 P.3d 971

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 15, 2004**

| | | |
|---|---|---|
| 25934 | State v. Sofra-Weiss | Affirmed |
| 25742 | Williams v. State | Affirmed |

**November 29, 2004**

| | | |
|---|---|---|
| 25233 | State v. Calero | Affirmed |